UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOGANSKI | : | |
| VS. | : | NO. 3:01CV2183(AVC) |
| BOARD OF EDUCATION, ET AL. | : | OCTOBER 9, 2003 |

## APPEARANCE

Please enter the appearance of JOHN R. WILLIAMS, 51 Elm Street, New Haven, Connecticut 06510; Telephone: 203.562.9931; Facsimile: 203.776.9494; Email: jrw@johnrwilliams.com; Federal Bar No. ct00215; on behalf of the plaintiff in this matter.

THE PLAINTIFF

BY /s/ John R. Williams
JOHN R. WILLIAMS
Federal Bar No. ct00215
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Gary E. Phelan, Esq., Klebanoff & Phelan, P.C., 433 South Main Street, Suite 102, West Hartford, CT 06110; Michael J. Rose, Esq., and Clayton S. Miller, Esq., Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114-1190; Attorneys Robert J. Murphy and Sara N. Robinson, Sullivan, Schoen, Campane & Connon, 646 Prospect Avenue, Hartford, CT 06105; and Attorney Deborah L. Moore, Corporation Counsel's Office, 142 East Main Street, Room 240, Meriden, CT 06450.

JOHN R. WILLIAMS