UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWARD BOGANSKI

      Vs.                    CASE NO. 3:01CV02183(AVC)

CITY OF MERIDEN, ET AL

## O R D E R

On August 19, 2003 this Court granted Defendant's Motion to Stay this matter until January 28, 2004. The above referenced stay having now expired; it is hereby ORDERED:

That the parties submit a joint status report by February 27, 2004, reporting on the status of this matter and setting forth proposed deadlines for the Court to establish a new scheduling order.

SO ORDERED.

Dated at Hartford, Connecticut, this 5th day of February, 2004.

                                                    Alfred V. Covello
                                                    United States District Judge