UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BOGANSKI | : |
| VS. | : NO. 3:01CV2183(AVC) |
| BOARD OF EDUCATION, ET AL. | : FEBRUARY 11, 2004 |

MOTION TO SET NEW SCHEDULING ORDER

The plaintiff respectfully moves that this court set a new scheduling order for this matter because the previous scheduling order expired before the termination of the stay earlier entered by the court. That stay expired on January 28, 2004, and this case now is ready to commence discovery.

THE PLAINTIFF

BY_____
John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215
His Attorney

CERTIFICATION

     This is to certify that a copy of the foregoing was mailed first class mail, postage prepaid, on February 11, 2004, to the following counsel of record:

Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Sullivan Schoen Campane & Connon
646 Prospect Avenue
Hartford, CT 06105

Attorney Deborah L. Moore
Corporation Counsel's Office
142 East Main Street, Room 240
Meriden, CT 06450

                                                       John R. Williams