35

**FILED**

2004 FEB 13 P 2: 08

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDWARD BOGANSKI                    :

VS.                                : NO. 3:01CV2183(AVC)

BOARD OF EDUCATION, ET AL.         : FEBRUARY 11, 2004

### MOTION TO SET NEW SCHEDULING ORDER

The plaintiff respectfully moves that this court set a new scheduling order for this matter because the previous scheduling order expired before the termination of the stay earlier entered by the court. That stay expired on January 28, 2004, and this case now is ready to commence discovery.

THE PLAINTIFF

BY _____
John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215
His Attorney

February 17. 2004. The motion is denied without prejudice to its refiling with proposed dates for completing the remaining milestones, including discovery, in this matter. SO ORDERED.

Alfred V. [FILED] U.S.D.J.

2004 FEB 17 P 1: 04
U.S. DISTRICT COURT
HARTFORD, CT.