UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOGANSKI | : | NO.: 3:01CV2183 (AVC) |
| | : | |
| v. | : | |
| | : | |
| CITY OF MERIDEN BOARD OF | : | |
| EDUCATION AND JOHN CORDANI | : | FEBRUARY 27, 2004 |

## APPEARANCE

Please enter the appearance of Alexandria L. Voccio attorney for the defendants, **City of Meriden Board of Education and John Cordani**, in addition to the appearance already on file, in the above-entitled action.

          DEFENDANTS,
          CITY OF MERIDEN BOARD OF
          EDUCATION AND JOHN CORDANI


          By/s/Alexandria L. Voccio
             Alexandria L. Voccio [ct21792]
             Howd & Ludorf
             65 Wethersfield Avenue
             Hartford, CT  06114
             Phone:  (860) 249-1361
             Fax:  (860) 249-7665
             E-Mail:  avoccio@hl-law.com

**CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. mail to the following counsel of record this 27th day of February, 2004.


John R. Williams, Esquire
51 Elm Street
New Haven, CT  06510

Gary Phelan, Esquire
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 117
West Hartford, CT  06110

Robert J. Murphy, Esquire
Michael McKeon, Esquire
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT  06105-4286

Deborah L. Moore
City of Meriden
Department of Law
142 East Main Street
Meriden, CT  06450


                                                /s/Alexandria L. Voccio
                                                Alexandria L. Voccio