UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOGANSKI | : | |
| VS. | : | NO. 3:01CV2183(AVC) |
| CITY OF MERIDEN BOARD OF EDUCATION, ET AL. | : : | MARCH 1, 2004 |

PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND
REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b), the plaintiff, Edward Boganski, respectfully requests an extension of time of sixty (60) days, up to and including May 26, 2004, to comply with defendants' interrogatories and requests for production, dated February 27, 2004.

In support of this motion, the plaintiff represents as follows:

1. He was served with defendants' interrogatories and requests for production on or about February 28, 2004.

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. Defendants' attorney was contacted by this office and represents that she has no objection to the granting of this request.

  4. This is the plaintiff's first request for an extension of time to respond to defendants' interrogatories and requests for production.

  5. No trial date has been set in this matter.

WHEREFORE, the plaintiff respectfully requests the court grant this motion for the reasons stated above.

      THE PLAINTIFF


    BY_____
     John R. Williams
     Williams and Pattis, LLC
     51 Elm Street, Suite 409
     New Haven, CT 06510
     203.562.9931
     FAX: 203.776.9494
     Federal Bar No. ct00215
     His Attorney

CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on March 1, 2004, to the following counsel of record:

Attorney Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorney Robert J. Murphy
Attorney Michael McKeon
Sullivan Schoen Campane & Connon
646 Prospect Avenue
Hartford, CT 06105

Attorney Deborah L. Moore
Corporation Counsel's Office
142 East Main Street, Room 240
Meriden, CT 06450

Attorney Gary Phelan
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 117
West Hartford, CT 06110

_____
John R. Williams