UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOGANSKI | : | |
| VS. | : | NO. 3:01CV2183(AVC) |
| CITY OF MERIDEN BOARD OF EDUCATION, ET AL. | : | MARCH 1, 2004 |

### PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Local Rule 7(b), the plaintiff, Edward Boganski, respectfully requests an extension of time of sixty (60) days, up to and including May 26, 2004, to comply with defendants' interrogatories and requests for production, dated February 27, 2004.

In support of this motion, the plaintiff represents as follows:

1. He was served with defendants' interrogatories and requests for production on or about February 28, 2004.

2. Counsel is in the process of ascertaining responses to such requests and needs the additional time to comply with defendants' requests.

3. Defendants' attorney was contacted by this office and represents that she has no objection to the granting of this request.

March 5, 2004. GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.