UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BOGANSKI | : |
| VS. | :  NO. 3:01CV2183(AVC) |
| CITY OF MERIDEN BOARD OF EDUCATION, ET AL. | : <br> :  MARCH 12, 2004 |

## JOINT STATUS REPORT

Pursuant to this court's order of February 5, 2004, undersigned counsel for the parties conferred on March 12, 2004.  The participants were **John R. Williams** for the plaintiff; and  for the defendants **Alexandria L. Voccio**.

DISCOVERY:

    1.  The plaintiff served discovery requests upon the defendants in February of 2003.  The defendants served discovery requests upon the plaintiff in February of 2004.  No party has yet responded to any of said discovery requests.  All outstanding discovery requests will be fully answered by May 26, 2004.

    2.  All other discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)94), will be completed by April 1, 2005.

    3.  Discovery will not be conducted in phases.

    4.  The parties anticipate that the plaintiff will require a total of five depositions of fact witnesses and the defendants will require a total of five depositions of fact witnesses.  The depositions will be completed by April 1, 2005.

5. The parties may request permission to serve more than twenty-five interrogatories.

6. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by January 1, 2005, a date not later than three months before the deadline for completing all discovery. Depositions of any such experts will be completed by February 1, 2005, a date not later than two months before the deadline for completing all discovery.

7. Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by March 1, 2005, a date not later than one month before the deadline for completing all discovery. Depositions of such experts will be completed by April 1, 2005, a date not later than the discovery cutoff date.

8. A damages analysis will be provided by any party who has a claim or counterclaim for damages by March 1, 2005.

DISPOSITIVE MOTIONS:

Dispositive motions will be filed on or before May 1, 2005.

JOINT TRIAL MEMORANDUM

The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by June 1, 2005, or thirty days after this court rules on any summary judgment motion filed by the defendants, whichever is later.

TRIAL READINESS

The case will be ready for trial by July 1, 2005, or thirty days after the joint trial memorandum is filed, whichever is later.

THE PLAINTIFF

BY:_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX: 203/776-9494
      E-Mail: jrw@johnrwilliams.com
      His Attorney

THE DEFENDANTS

BY:_____
      ALEXANDRIA L. VOCCIO (ct21792)
      Howd & Ludorf
      65 Wethersfield Avenue
      Hartford, CT 06114-1190
      860.249.1361
      Fax: 860.249.7665
      E-Mail: avoccio@hl-law.com
      Their Attorney