FILED

UNITED STATES DISTRICT COURT 2004 JUN 16  A 11: 02
DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| EDWARD BOGANSKI, | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) | 3:01 CV-2183 (AVC) |
| | ) | |
| CITY OF MERIDEN BOARD OF EDUCATION | ) | |
| AND JOHN CORDANI | ) | |
| | ) | June 15, 2004 |
| Defendants | ) | |

## WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves this

Court for permission to withdraw his appearance in the above-entitled case on behalf of the

defendants.    In support of this motion, the undersigned states that the defendants are currently

represented by Attorneys Alexandria L. Voccio of Howd & Ludorf and Deborah L. Moore,

Corporation Counsel for Meriden. Furthermore, the undersigned is taking a sabbatical leave from

the law firm of Sullivan, Schoen, Campane & Connon and will be relocating out of state.  The

client has no objection to the granting of this motion.


**Oral Argument not Requested**
**Testimony Not Required**

For the foregoing reasons, the undersigned counsel respectfully requests that the Court grant permission to withdraw.

<div style="margin-left: 40%;">

DEFENDANTS -
CITY OF MERIDEN BOARD OF EDUCATION
AND JOHN CORDANI


By_____
    Robert J. Murphy (ct05159)
    Sullivan, Schoen, Campane & Connon
    646 Prospect Avenue
    Hartford, CT 06105
    (860) 233-2141
    (860) 233-0516 facsimile

</div>

# CERTIFICATION

This is to certify that a copy of the foregoing WITHDRAWAL OF APPEARANCE was mailed, postage prepaid, to Alexandria L. Voccio, Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114-1190, Deborah L. Moore, Corporation Counsel's Office, 142 East Main Street, Room 240, Meriden, CT 06450, John R. Williams, Williams and Patis, LLC, 51 Elm Street Suite 409, New Haven, CT 06510 and sent via certified mail to Mary N. Cortright, Superintendent of Schools, Meriden Board of Education, 22 Liberty Street, Meriden, CT 06540.

Robert J. Murphy

6/15/04