01cv2183WDAPR

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 JUN 16 A 11: 02

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| EDWARD BOGANSKI, | ) | |
| Plaintiff | ) | CIVIL ACTION NO. |
| v. | ) | 3:01 CV-2183 (AVC) |
| | ) | |
| CITY OF MERIDEN BOARD OF EDUCATION | ) | |
| AND JOHN CORDANI | ) | |
| | ) | June 15, 2004 |
| Defendants | ) | |

### WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned moves this Court for permission to withdraw his appearance in the above-entitled case on behalf of the defendants. In support of this motion, the undersigned states that the defendants are currently represented by Attorneys Alexandria L. Voccio of Howd & Ludorf and Deborah L. Moore, Corporation Counsel for Meriden. Furthermore, the undersigned is taking a sabbatical leave from the law firm of Sullivan, Schoen, Campane & Connon and will be relocating out of state. The client has no objection to the granting of this motion.

01cv2183END4/b
**Oral Argument not Requested**
**Testimony Not Required**

*[Margin annotation, left side:]* June 18, 2004. Construed as a motion to withdraw, the motion is granted. SO ORDERED. Alfred V. Covello, U.S.D.J. FILED 2004 JUN 18 A 11: 12 U.S. DISTRICT COURT HARTFORD, CT.

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326