UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 AUG 11 P 3: 02
U.S. DISTRICT COURT
HARTFORD, CT.

EDWARD BOGANSKI,
   Plaintiff,

VS.

CITY OF MERIDEN BOARD OF
EDUCATION, ET AL.,
   Defendant.

Civil No. 3:01cv2183 (AVC)

## SCHEDULING ORDER

(1) <u>All</u> discovery, including depositions of <u>all</u> witnesses, shall be completed by April 1, 2005;

(2) the parties shall exchange a damage analysis, if necessary, on or before March 1, 2005;

(3) the plaintiff shall designate all trial experts and provide opposing counsel with reports from retained experts on or before January 5, 2005, and depositions of any such experts shall be completed by February 1, 2005:

(4) the defendant shall designate all trial experts and provide opposing counsel with reports from retained experts on or before March 1, 2005, and depositions of any such experts shall be completed by April 1, 2005;

(5) all motions, except motions in limine incident to a trial, shall be filed on or before May 1, 2005;

(6) the parties shall file a joint trial memorandum in accordance with the pretrial order, which order shall accompany the jury selection calendar, and be sent to the parties on June 1, 2005;

(7) the case shall be ready for trial by July 1, 2005.

    It is so ordered this 10th day of August, 2004, at Hartford, Connecticut.

_____
Alfred V. Covello, U.S.D.J.