UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOGANSKI | : | NO.: 3:01CV2183 (AVC) |
| | : | |
| v. | : | |
| | : | |
| CITY OF MERIDEN BOARD OF | : | |
| EDUCATION AND JOHN CORDANI | : | APRIL 29, 2005 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56(a), the defendants, City of Meriden Board of Education and John Cordani, hereby move for summary judgment as to the plaintiff's complaint dated November 21, 2001 in its entirety.

As is more particularly set forth in the accompanying memorandum of law, exhibits and Local Rule 56(a)(1) statement, there is no genuine dispute of material fact and the defendants are entitled to summary judgment for the following reasons:

i. The plaintiff's speech was not protected under the First Amendment or equivalent provisions of the Connecticut state constitution;

ii. There is no evidence that John Cordani subjected the plaintiff to an adverse employment action;

iii. There is no evidence of a causal connection between the plaintiff's claimed protected speech and an adverse employment action;

iv. The defendants would have taken the same actions against Boganski

        even in the absence of the alleged protected conduct;

v.      John Cordani is entitled to qualified immunity as to the plaintiff's First Amendment claim;

vi.     The Meriden Board of Education may not be vicariously liable under 42 U.S.C. §1983 for the actions of its employees; and

vii.    Connecticut General Statute §31-51q does not provide for individual liability against John Cordani.

WHEREFORE, the defendants, City of Meriden Board of Education and John Cordani, respectfully request that their motion for summary judgment as to the plaintiff's complaint in its entirety be granted.

                                    DEFENDANTS,
                                    CITY OF MERIDEN BOARD OF
                                    EDUCATION AND JOHN CORDANI

                                    By/s/Alexandria L. Voccio
                                      Alexandria L. Voccio
                                      ct21792
                                      Howd & Ludorf, LLC
                                      65 Wethersfield Avenue
                                      Hartford, CT  06114
                                      (860) 249-1361
                                      (860) 249-7665 (Fax)
                                      E-Mail: avoccio@hl-law.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been 29th day of April, 2005.

John R. Williams, Esquire
51 Elm Street
New Haven, CT  06510

Michael McKeon, Esquire
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT  06105-4286

Deborah L. Moore
City of Meriden
Department of Law
142 East Main Street
Meriden, CT  06450

            /s/Alexandria L. Voccio
            Alexandria L. Voccio