50

1   so you called him again, is that right?

2       A.   I went to -- I called him again.

3       Q.   How much time passed between these two phone calls?

4       A.   A day maybe.

5       Q.   Oh, okay.  So you didn't --

6       A.   No, because it was bothering me in my mind.  I

7   don't know, man, it didn't sound right.

8       Q.   Were you running low on fuel oil at that time?

9       A.   Yes, I was.

10      Q.   You were not worried about running out before the

11  fuel oil came in?

12      A.   No -- yes, I was.

13      Q.   Okay.  Then why did you wait a day?

14      A.   Because I was struggling, I didn't want to do what

15  he asked.  That is why I waited, because if I was that

16  concerned I would have said, "Screw it," and go ahead and

17  order the oil, but it didn't sound right, so I am not going

18  to do something that is not right.

19      Q.   So you called him back?

20      A.   (Nodding head in the affirmative.)

21      Q.   Yes?

22      A.   Yes.

23      Q.   The next day?

24      A.   Uh-huh.

25      Q.   Yes?

51

1       A.    Yes.

2       Q.    Okay.  What did you say to John when you called him

3  back?

4       A.    The same thing.

5       Q.    Specifically?

6       A.    "I need oil."

7       Q.    What did he say to you?

8       A.    He'll take care of it when it comes down the

9  office, just call them back and give them a number.  I didn't

10  like his answer, so I went to Dr. Villar and I explained

11  everything to him and he said to call Cordani back again and

12  tell him it's kind of shady, he needs to give you a number.

13       Q.    Stick with the second conversation for a minute,

14  did you tell Mr. Cordani that you felt uncomfortable doing

15  this?

16       A.    Yeah.

17       Q.    When did you tell him that?

18       A.    Before I hung up the phone.

19       Q.    In the first conversation or the second

20  conversation?

21       A.    The second conversation.

22       Q.    You told him, "I don't feel comfortable doing

23  this?"

24       A.    "I don't think it's right."

25       Q.    To make up a purchase order number?

52

1    A.    Correct.

2    Q.    And Mr. Cordani told you to do it anyway?

3    A.    Uh-huh.

4    Q.    Yes?

5    A.    Yes.

6    Q.    And this conversation was again on the phone?

7    A.    Correct.

8    Q.    How soon after hanging up with Mr. Cordani did you

9    call Mr. Villar?

10   A.    I didn't have to call, when I hung up with Cordani

11   I went to Villar's office, which is in the same building.

12   Q.    Oh, okay.  Was anyone else present in Mr. Villar's

13   office?

14   A.    No, it was just myself and him.

15   Q.    What did you tell Mr. Villar specifically?

16   A.    That we were running low on fuel oil.  I called up

17   to find out why we weren't getting the fuel oil.  He said

18   that they needed a purchase order number.  I told him that I

19   called Cordani and he told me to make up a number to get the

20   oil.  He says, "It sounds kind of shady to me. Call him back

21   and just tell him you are not going to do that, he needs to

22   give you a number."

23   Q.    Do you recall anything else being said in that

24   conversation?

25   A.    No, I don't.

53

1    Q.   Why did you go to Mr. Villar?

2    A.   Because he was the assistant principal and they put

3  him in charge of me at the time, of the school.

4    Q.   So you were going to him as your supervisor to

5  what, give you advice?

6    A.   Correct.

7    Q.   Were you trying to get Mr. Cordani reprimanded or

8  fired?

9    A.   No.

10    Q.   What were you seeking?

11    A.   For somebody to give a purchase order number,

12  because I wasn't going to do it.

13    Q.   After you spoke to Mr. Villar did you --

14    A.   Yes, I in turn called Cordani's office back again.

15    Q.   Okay.   The same day?

16    A.   It was either, I think it was the first thing the

17  next morning.

18    Q.   Okay.

19    A.   Because I think I talked to, I don't remember exact

20  times, I know I talked to Villar that day and I think it was

21  later on in the day because he was busy.   It might have been

22  later on in the day, but anyways, I talked to him and it

23  could have been the next morning or the same day and I called

24  Cordani's office back again.

25    Q.   Okay.   What specifically do you recall about that

54

1  conversation with Mr. Cordani after you spoke to Mr. Villar?

2      A.   I told him, told Cordani that I went to Villar and

3  he said it sounded kind of shady to him and that I didn't

4  feel comfortable making up a purchase order number and he

5  said, "Jesus Christ, you are an asshole," and he slammed the

6  phone and that is when I called Lamontagne's office, right

7  after he hung up on me, and Glenn said, "Calm down, calm

8  down, I'll take care of it," and the next day I got the oil.

9      Q.   Specifically what did you tell Mr. Lamontagne?

10      A.   That Cordani was yelling at me because he wanted me

11  to make up a purchase order number and that I went to Villar,

12  and he just kept telling me to calm down, because I was

13  really upset.

14      Q.   Why did you go to Mr. Lamontagne?

15      A.   Why?

16      Q.   Correct.

17      A.   Because he is John Cordani's boss.

18      Q.   Okay.  Did you go to Mr. Lamontagne because you

19  wanted John reprimanded or disciplined?

20      A.   No, I wanted --

21          MS. ENGSTROM: Objection to the form.

22      A.   That is okay.  I wanted the oil.  I just wanted the

23  oil.

24  BY MS. VOCCIO:

25      Q.   Okay.  You wanted someone, whether or not it be

NIZIANKIEWICZ & MILLER REPORTING SERVICES

55

1    Mr. Villar or Mr. Lamontagne, to help you out getting the

2    oil?

3         A.    Get the purchase order number, because I wasn't

4    doing it.

5         Q.    So you could get the oil?

6         A.    Correct.

7         Q.    I am sorry, you might have told me this, was your

8    conversation with Mr. Lamontagne that you called him, that

9    was by telephone?

10        A.    Yes, it was.

11        Q.    Do you recall whether anyone was around you when

12   you made any of these calls who would have been able to hear

13   your side of the conversation?

14        A.    Not that I remember.

15        Q.    Okay.  Do you know if anyone was in the room with

16   Mr. Cordani or Mr. Villar or Mr. Lamontagne when you spoke to

17   them?

18        A.    When I talked to Mr. Villar it was in person with

19   him, it wasn't on the phone, it was in his office, and

20   Cordani's office I have no clue.

21        Q.    What about Mr. Lamontagne?

22        A.    I have no clue.

23        Q.    Did Mr. Lamontagne say anything to you about the

24   appropriateness of Mr. Cordani's instructions to you?

25        A.    Not that I recall.  He just, I just remember

NIZIANKIEWICZ & MILLER REPORTING SERVICES

56

1    specifically him telling me to "Calm down, calm down, I'll

2    take care of it."

3        Q.   When you went to see Mr. Villar did you discuss

4    anything else with him other than this purchase order issue?

5        A.   At that particular time?

6        Q.   Correct.

7        A.   No.  I went in there specifically to tell him about

8    this problem.

9        Q.   What about when you called Mr. Lamontagne, did you

10   discuss anything else other than the purchase order problem?

11       A.   Not that I can remember.  I was quite upset at that

12   point in time.

13       Q.   In your capacity as head custodian when you were at

14   Washington Middle School, had you ever used purchase orders

15   before to order supplies?

16       A.   No, I haven't.

17       Q.   Have you since then?

18            MS. ENGSTROM: Objection; vague. What do you mean?

19   BY MS. VOCCIO:

20       Q.   I'll rephrase it. In your current position as head

21   custodian, you are head custodian again at a different

22   school, correct?

23       A.   Yes.

24       Q.   Have you ever used purchase orders in your current

25   position to order supplies?

64

1      Q.   I want you to tell me whether or not you are too

2  upset to go on with this deposition.  Are you able to answer

3  my questions?

4      A.   I'll try my best.

5      Q.   Do you think you are too upset to go on or are you

6  able to go on?

7      A.   No, I will go on.

8      Q.   Now, you listed here in your response to this

9  interrogatory number 24 the alleged retaliatory acts that you

10  believe were carried out against you?

11      A.   Okay.

12      Q.   And you have memos, suspension, the demotion

13  October of 1999, do you see that?

14      A.   Yes.

15      Q.   Are those the only ways you believe you were

16  retaliated against or were there any others?

17      A.   No, that is about it.

18      Q.   That is it?  Okay.  We will go in order.  First the

19  memos, who issued the memos that you believe were retaliatory

20  in nature?

21      A.   Villar.

22      Q.   That reference to memos is solely to Mr. Villar and

23  not to anyone else?

24      A.   All the memos I received?

25      Q.   Yes.

65

1     A.    I believe his name, he is the one that wrote all of

2   them.

3     Q.    Okay.  Well I just, I am trying to make sure, you

4   listed several individuals.  So for this first retaliatory

5   act of memos, is that limited in your mind to Mr. Villar's

6   retaliation against you?

7     A.    Well, Villar wasn't there long enough to write all

8   those memos, as far as to know exactly what is going on, so I

9   believe Cordani was helping him write the memos.

10     Q.    You believe those memos were Villar and Cordani?

11     A.    Yes.

12     Q.    Anyone else, do you believe anyone else was

13   involved in those?

14     A.    In writing them, I would have no idea.

15     Q.    The memos were actually authored or signed by Mr.

16   Villar, is that correct?

17     A.    Correct.

18     Q.    You just believe Mr. Cordani had some involvement

19·  in them?

20     A.    I just told you I believe he wasn't there long

21   enough, he was only there a couple of months, how could he

22   know a system as well as he tried to know on his memos?

23   There is no way.

24     Q.    Okay.  I am confused.  What do you think Mr.

25   Cordani helped Mr. Villar with, just to figure out the system

66

1    of writing a memo?

2        A.    No.

3        Q.    Okay.

4        A.    Exactly, for example, to try to look for things

5    that are wrong in the school.

6        Q.    Okay.  So you think Mr. Cordani helped Mr.--

7        A.    Yes, because Mr. Villar would always leave with his

8    little laptop that he had and go down to Cordani's office

9    quite a few different times during the day.

10        Q.    Okay.

11        A.    Mr. Cordani would make frequent visits to the

12    school with the little videotape and some papers under his

13    arm every day and make sure he goes by me every day and go

14    see Villar.

15        Q.    Okay.  I just want to be clear.  Do you think Mr.

16    Cordani actually helped him write the memos himself?

17        A.    Yes, yes.

18        Q.    You think that?  And do you also think Mr. Cordani

19    provided some of the information --

20        A.    I believe so.

21        Q.    -- that was utilized in those memos?

22        A.    Yes.

23        Q.    Okay.  What evidence do you have that Mr. Cordani

24    assisted Mr. Villar in the production of those memos?

25        A.    Just the memos themselves and what they say in

67

1    them.  Why don't you break them all out?  We can point them

2    out.  How many memos are there, close to a hundred?

3         Q.   Just by reading them you have determined --

4         A.   Yes, yes.

5         Q.   Let me ask the question.

6         A.   By reading them, yes, I have determined that.

7         Q.   The question is, I haven't asked it yet, just by

8    reading the memos you believe Mr. Cordani assisted in the

9    writing of those memos?

10        A.   Correct.

11        Q.   Do you have any other evidence that Mr. Cordani --

12        A.   No, I do not.

13        Q.   This is a problem with the record, we can't talk

14   over each other.

15        A.   Okay.

16        Q.   Do you have any other evidence that Mr. Cordani

17   assisted Mr. Villar in the preparation of those memos?

18        A.   No.

19             MS. ENGSTROM: Let's take a break for a second,

20   okay?  Let's just go out in the hall for a second.

21             (A recess was taken from 12:02 p.m. to 12:09 p.m.)

22   BY MS. VOCCIO:

23        Q.   Mr. Boganski, we just discussed memos?

24        A.   Correct.

25        Q.   Those are memos that at least have the name of Mr.

68

1  Villar attached to them as being the author of those memos?

2      A.   Correct.

3      Q.   When did you first start receiving these memos from

4  Mr. Villar that you believe were retaliatory?

5      A.   After, I don't know, probably the week after this

6  whole incident started, two weeks, a week.

7      Q.   What did some of these memos say?

8      A.   One that I remember is Dr. Villar didn't like the

9  fact of where I was shoveling snow, that he watched me for

10 two hours and he didn't like the fact of watching me I wasn't

11 using my time efficiently.  One was fire extinguisher signs

12 supposedly that weren't up, but when I became head custodian

13 at Ben Franklin there was no fire extinguisher signs there at

14 all.  It was amazing that it was just to my school that he

15 was concerned about that.

16     Q.   Well, he was only assistant principal of that

17 school, right?

18     A.   Yes.  Cordani would bring to his attention that

19 "He's missing an exit sign," I mean "a fire extinguisher

20 sign."

21     Q.   How do you know Mr. Cordani brought that to his

22 attention?

23     A.   By the memos, I told you that with bringing the

24 computer down to Villar's office, Cordani kept coming to the

25 school.

70

1   care of this" for my immediate response when I was on

2   vacation.  He wrote me 14 in three days, that is not bad,

3   right?  How can I take care of something if I am not there?

4       Q.   Now, Mr. Villar had just started at the school in

5   July of 1999, correct?

6       A.   Yes.

7       Q.   Okay.  And when does the school year start?

8       A.   On 6/30, 7/1, actually, '99.  Our fiscal year is in

9   July.

10      Q.   When did the school year start when students came

11  back?

12      A.   September, very beginning of September, very late

13  late August, it varies every year.

14      Q.   Had you received any memos from Mr. Villar prior to

15  you telling him about Cordani and the purchase order?

16      A.   Yes, and they were all very good memos, I was a

17  great guy, thanking me for my time with him and, you know,

18  wonderful job, and of that year '99, Shellie Pierce

19  interviewed me and gave me an evaluation that was all

20  satisfactory and above, so apparently I wasn't doing too bad.

21      Q.   Well --

22      A.   What do you mean "well?"

23      Q.   I am going to say that Mr. Villar and Miss Pierce

24  are two different people who may evaluate custodians

25  differently.

77

1    good and then I am a piece of shit, isn't that something?

2        Q.    When was that meeting?

3        A.    You have the memos there, my personnel file.

4        Q.    Answer the question.

5        A.    December 9th, I believe.  I am not sure of the

6    exact date.  I answered the question.

7        Q.    I have just marked some memos I have from Mr.

8    Villar as Defendant's Exhibit 4.

9        A.    Okay. Are you done with this one?

10       Q.    For now, yes.

11            MS. ENGSTROM: Exhibit 4 is the memos from Villar?

12            MS. VOCCIO: Yes.

13   BY MS. VOCCIO:

14       Q.    These documents were produced as part of discovery

15   and they are Bates stamped.  I'll try to refer to the Bates

16   stamp number when I can or when I remember, remind me if I

17   don't.  We will start off with number 378, and it is dated

18   September 7th, 1999.  (Handing. ) Take a chance to read it.

19       A.    I know what that is all about.

20       Q.    Okay. Do you believe that that memo is critical of

21   your work performance at all?

22       A.    Yes, but believe it or not they don't do that

23   anymore.  As soon as I left they stopped, imagine that?

24       Q.    And this memo you received prior to your --

25       A.    Right.

78

1    Q.    -- complaining to Mr. Villar about Mr. Cordani,

2    correct?

3    A.    Correct.

4    Q.    Okay.

5    A.    But if you look at that and look at how many I got

6    after that, there is a big difference there in the amount of

7    memos.  Anybody can figure that out.

8    Q.    I am going to ask you to take a look at these memos

9    and to try and speed things up a little bit I just want to

10   ask you if you recall receiving all of those memorandums at

11   or around the date shown?

12   A.    Uh-huh.

13   Q.    Is that a yes?

14   A.    Yes.  Yes.  I received all these memos.

15   Q.    I am sorry.  Actually, there is more.  They were

16   separated.

17   A.    Yup, this was, I remember this.  This is funny.

18   Oh, yeah, I got all these. Yup.

19   Q.    Just so the record is clear, and I didn't do this

20   before, these are documents Bates stamped number 378 through,

21   they are out of order. I see they are in date order.  These

22   are memos actually, then I'll have to put them in date order,

23   from September 7, 1999 through February 4, 2000.

24   A.    That was the last memo I received.

25   Q.    Actually, I don't know if I have all these memos,

79

1    but they will be an exhibit, so these are the ones that I

2    produced to your counsel that I am aware of.

3        A.    It might be, because that is when I left, so he

4    stopped memoing me.

5        Q.    Okay. The memos that you are referring to in

6    response to interrogatory number 24, I think you mentioned

7    that you are referring to all of the memos that you received

8    that you believe are retaliatory, is that correct?

9        A.    Correct.

10       Q.    Do you believe the ones that you received in

11   September were retaliatory?

12       A.    No, because they weren't, they weren't like

13   harassing like they were before, like after that.  I mean,

14   just, one particular day I got 14 memos. How do you get 14

15   memos, paying a guy eighty grand a year to write me 14 memos?

16   That is pretty bad.  That is harassment.

17       Q.    Is it the number of the memos that you believe was

18   retaliatory?

19       A.    No, just all of them.  They were trying to force me

20   out of there.  They have done this in the past to many

21   custodians.

22       Q.    You admit that you received some memorandums in

23   September of 1999, right?

24       A.    Yes.

25       Q.    And you continued to receive memorandums after you

80

1   reported the purchase order incident to Mr. Villar, correct?

2       A.   They got heavier, very heavy after that incident

3   and they brought me in and they wanted me to leave, I told

4   you that.

5       Q.   Just with the memos, that is what I am trying to

6   get at.

7       A.   What are they trying to get at?  They sent me a lot

8   more memos after that fact.

9       Q.   That is the issue you believe is retaliatory, you

10  started getting a lot more memos?

11      A.   A lot more.  It got to the point I couldn't do

12  anything right.  How could that happen?  In June I am good

13  and all of the sudden I can't do shit right?  I don't know.

14          MS. ENGSTROM: I think we maybe should take a break

15  for lunch, like a half hour break.

16          MS. VOCCIO: If you want.

17          MS. ENGSTROM: Let's take a break.  What time is it

18  now, like 12:30?

19          (A recess was taken from 12:30 to 1:18 p.m.)

20  BY MS. VOCCIO:

21      Q.   Before we went for lunch we were talking about the

22  memos that you believed were retaliatory in nature.  Why do

23  you believe those memos were retaliatory?

24      A.   Why?

25      Q.   Yes.

104

1    you got this out of his personnel file?

2            MS. VOCCIO: That would be a good idea. Actually, do

3    you want to mark 2442, since we were referring to it? We will

4    mark it as Plaintiff's document production, we will do the

5    whole thing.

6            MS. ENGSTROM:  I'll put it over here and you can do

7    what you want with them.  They are not in order.  Are there

8    two copies here?

9            MS. VOCCIO: Just one.

10           MS. ENGSTROM: Are you sure?

11           MS. VOCCIO: Yes.  That is the front page, number

12   2076, 3041, which actually I am guessing is 3041, and you can

13   put this on the record because the number actually doesn't

14   show up but the page before it is 3040.

15           (Defendant's Exhibit 5: Marked for Identification -

16   retained by Counsel.)

17           (Pause.)

18   BY MS. VOCCIO:

19      Q.    Okay.  Mr. Boganski, we discussed the memos.  The

20   second act that you think was retaliatory was the suspension,

21   correct?

22      A.    Correct.

23      Q.    And that suspension took place in December of 1999?

24      A.    Correct.

25      Q.    Who advised you that you would be suspended?

105

1    A.    Cathy McParland.  I thought we went over this,

2    though.

3    Q.    What was the reasons given to you for the

4    suspension?

5    A.    The reasons were no training on Controlled Air on

6    the computer and possessing a copy of a Sonitrol list.

7    Q.    Okay.  And the first issue, the no training on

8    Controlled Air, is that referring to training that was

9    supposed to be given to custodians under you?

10    A.    Correct.

11    Q.    Did Glenn Lamontagne ever speak to you about

12    getting the custodians trained on Controlled Air?

13    A.    Might have, I don't remember specifically.

14    Q.    Do you remember whether Mr. Lamontagne told you to

15    get the custodians trained on the system?

16    A.    You just asked me that.

17    Q.    It is a little bit different question.

18    A.    That is the same thing.  I don't remember, he might

19    have. Just for the record, too, nobody, I obviously, I ended

20    up getting them trained on the computer but to this day there

21    is nobody trained on that computer in the school.  The head

22    custodian was out for eight months, they had to call in the

23    Controlled Air, the company, because the head custodian was

24    out for eight months, so nobody else was aware of how to

25    operate it, pretty one-sided.

106

1    Q.   Did Mr. Cordani ever speak to you about getting the

2  custodians trained on --

3    A.   He might have.

4    Q.   Let me finish the question.  -- on the Controlled

5  Air system?

6    A.   He might have.

7    Q.   Do you recall one way or another whether or not he

8  spoke to you about the issue?

9    A.   Like I said, he might have.

10    Q.   Okay.  Did Mr. Villar ever speak to you about

11  getting the other custodians trained on the Controlled Air

12  system?

13    A.   He might have also.

14    Q.   Did you ever get the custodians trained on the

15  system?

16    A.   Yes, I did.

17    Q.   When?

18    A.   After my suspension, I believe. Everything was all

19  around the same time.

20    Q.   I think my questions to you probably before were a

21  little too broad, so I am going to try to make them better.

22    A.   Okay.

23    Q.   Did Mr. Lamontagne ever speak to you about getting

24  the other custodians trained for say approximately six months

25  before your suspension?