UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BOGANSKI | NO.: 3:01CV2183 (AVC) |
| v. | |
| CITY OF MERIDEN BOARD OF EDUCATION AND JOHN CORDANI | |

**AFFIDAVIT OF CATHERINE FIGURA**

I, Catherine Figura, being duly sworn, depose and say that:

1. I am over the age of eighteen (18) years old.

2. I believe in the obligations of an oath.

3. I am currently the administrative assistant to John Cordani, the Manager of Buildings and Grounds for the Meriden Public Schools. I held that position in October 1999.

4. I have personal knowledge regarding the facts contained herein.

5. In October 1999, Mr. Cordani was out of work for two days. When he left, he asked me to follow up with Edward Boganski regarding the purchase of fuel oil for Washington Middle School.

6. The Meriden Public Schools was using a new vendor for fuel oil, and purchase orders had not been required in the past.

7. I called Mr. Boganski and asked him if he had obtained the fuel oil. He said no,

and that he had not given the vendor a purchase order number. I asked him why he didn't give the vendor a purchase order number as that is what Mr. Cordani had told him to do. Mr. Boganski responded that he didn't want to.

8. When Mr. Cordani returned to work, I told him that fuel oil had not been obtained for Washington Middle School, and relayed to him my conversation with Mr. Boganski.

9. Per Mr. Cordani's direction, I ultimately called the vendor myself and gave the company a purchase order number.

10. I did not perceive Mr. Cordani's request to be improper.

Dated at Meriden, Connecticut, this 27th day of April, 2005.

_Catherine Figura_

STATE OF CONNECTICUT )
                     ) ss: Meriden
COUNTY OF NEW HAVEN  )

Subscribed and sworn to before me this 27th day of April, 2005.

_Lorraine B. Stabile_
Commissioner of the Superior Court
Notary Public
My Commission Expires: 6-30-05

LORRAINE B. STABILE
**NOTARY PUBLIC**
MY COMMISSION EXPIRES JUNE 30, 2005

2

04/27/2005 07:47 FAX 2036304200    MAINT DEPT    ☑ 03