UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BOGANSKI | : NO.: 3:01CV2183 (AVC) |
| v. | : |
| CITY OF MERIDEN BOARD OF EDUCATION AND JOHN CORDANI | : |

### AFFIDAVIT OF GLEN A. LAMONTAGNE

I, Glen A. Lamontagne, being duly sworn, depose and say that:

1. I am over the age of eighteen (18) years old.

2. I believe in the obligations of an oath.

3. I am currently the Assistant Superintendent for the Meriden Public Schools, and have held that position since 1988.

4. I have personal knowledge regarding the facts contained herein.

5. I recall getting a phone call from Edward Boganski regarding a purchase order in October 1999. Mr. Boganski told me that Mr. Cordani had asked him to make up a purchase order, and that he believed the directive to be improper.

6. I did not perceive Mr. Cordani's request as improper. The phrase "make up a purchase order" is used interchangeably with "issue a purchase order."

7. Following my conversation with Mr. Boganski, I did speak with Mr. Cordani about the need for fuel oil. I instructed Mr. Cordani to make sure that fuel oil was delivered to Washington Middle School.

8. I do not recall having any conversations with Jeffrey Villar regarding the purchase order incident prior to this litigation.

9. On December 23, 1999, Mr. Boganski was suspended for his failure to obtain training for the custodians under him on the controlled air computer system, despite directives to do so, and for his lying about his possession of a Sonitrol list.

10. I had asked Mr. Boganski to get the other custodians trained on the system several times over the course of 6-8 months, but he failed to do so.

11. To the extent I have been involved in Mr. Boganski's employment with the Meriden Board of Education, none of my decisions have been based on Mr. Boganski's complaint against Mr. Cordani.

Dated at Meriden, Connecticut, this 13th day of April, 2005.

Glen A. Lamontagne

2

STATE OF CONNECTICUT )
                     ) ss: Meriden
COUNTY OF NEW HAVEN  )

Subscribed and sworn to before me this 13th day of April, 2005.

*[signature]*
~~Commissioner of the Superior Court~~
Notary Public
My Commission Expires: 6-30-05