## INTEROFFICE MEMORANDUM

**TO:** ED BOGANSKI

**FROM:** JEFFREY VILLAR

**SUBJECT:** WHITE BOARD FOR ROOM 21 MS. MCLEAN

**DATE:** 9/7/99

**CC:** SHELLIE PIERCE, JOHN CORDANI

Please call Kathy at Salka and order a white board for room 21. The board should be the same as the one that we had installed in room 22. Once the board arrives please contact John Cordani and arrange installation. Thank you for your rapid response to this request.



0000376

## INTEROFFICE MEMORANDUM

**TO:** ED BOGANSKI

**FROM:** JEFFREY VILLAR

**SUBJECT:** FOOD PREPARATION AREA ADDITIONAL CLARIFICATION

**DATE:** 9/7/99

**CC:** SHELLIE PIERCE, JOHN CORDANI

---

    I relayed your concern regarding the time that the daily scrubbing of the food preparation area to John Cordani. He suggested, that you should divide the room into three areas and scrub one each day. Following this procedure should result in a marked improvement in the cleanliness of the floors and will allow you to complete your work assignment during your normal workday. Thank you for your immediate attention to this matter.



## INTEROFFICE MEMORANDUM

**TO:** ED BOGANSKI

**FROM:** JEFFREY VILLAR

**SUBJECT:** FOOD PREPARATION AREA

**DATE:** 9/7/99

**CC:** SHELLIE PIERCE, JOHN CORDANI

It has come to my attention that the food preparation area is mopped daily. This method has not been effective. Therefore, effective immediately, the floors in the food preparation area are to be scrubbed daily using a machine and chemical degreaser. Because of the critical importance of the cleanliness of the food preparation area, I expect that you will personally assume responsibility for this task. Please contact John Cordani if you need any additional supplies to comply with my request. Thank you.



0000378

## INTEROFFICE MEMORANDUM

TO:       ED BOGANSKI
FROM:     JEFFREY VILLAR
SUBJECT:  DOOR OF HOPE COMMUNITY CHURCH
DATE:     9/9/99
CC:       SHELLIE PIERCE, JOHN CORDANI

Ed the Door of Hope Community Church has indicated that two lights in the auditorium are out. Also, they would like the gym dividing doors to be closed. Please repair the lights immediately and make keys for the divider doors in the gym available to the custodial staff. In addition, I would like you to instruct the custodial staff on how to properly close the gymnasium doors. The gym should be divided on Friday evening by the night staff during their regular shift. Thank you.

## INTEROFFICE MEMORANDUM

**TO:** ED BOGANSKI
**FROM:** JEFFREY VILLAR
**SUBJECT:** CLUSTER 1 WORKROOM LOCKS
**DATE:** 9/9/99
**CC:** SHELLIE PIERCE, JOHN CORDANI

Please take the necessary steps to ensure that the cabinets in the cluster 1 workroom can be locked. Efforts to find keys for those locks have been unsuccessful. Please see that the locks are either rekeyed, or replaced ASAP. Thank you.

0000416

## INTEROFFICE MEMORANDUM

TO:       ED BOGANSKI
FROM:     JEFFREY VILLAR
SUBJECT:  TRASH RECEPTACLES
DATE:     9/13/99
CC:       SHELLIE PIERCE

Please make the necessary arrangements to purchase the two trash receptacles that you recommended from page 11 of the BP catalog. If BP is not an approved vendor for the MPS I would expect that you contact John Cordani and purchase from a vendor that is approved. Thank you.

0000417

## INTEROFFICE MEMORANDUM

**TO:** ED BOGANSKI
**FROM:** JEFFREY VILLAR
**SUBJECT:** TILE FLOORING
**DATE:** 9/14/99
**CC:** SHELLIE PIERCE, JOHN CORDANI

Please make a list of areas in the school that need to have new floor tiling installed. John asked that you include in this request any rooms that have inlayed flooring (i.e. the Art rooms) that may need to have new tile installed. Please forward a copy of this list to John and myself immediately. Thank you.

0000418

## INTEROFFICE MEMORANDUM

**TO:** ED BOGANSKI

**FROM:** JEFFREY VILLAR

**SUBJECT:** TELEPHONE USE

**DATE:** 9/14/99

**CC:** SHELLIE PIERCE, JOHN CORDANI

It has come to my attention that the telephone in your office is being used for personal calls. Unauthorized use of school phones for personal use is against district policy. Please refrain from doing so.

0000419

# INTEROFFICE MEMORANDUM

**TO:** ED BOGANSKI
**FROM:** JEFFREY VILLAR
**SUBJECT:** WORK ORDERS
**DATE:** 9/21/99
**CC:** SHELLIE PIERCE, JOHN CORDANI

Ed please make the necessary arrangements to make the following repairs:

1. Sink in room 3d behind the teachers desk leaks.

2. The urinal cluster 3 boys room overflows- the drain appears to drain slowly.

3. The drinking fountain in cluster 6 needs to have the lever repaired.

4. Valve in lavatory toilet leaks room next to computer lab.

0000420

## INTEROFFICE MEMORANDUM

**TO:** ED BOGANSKI
**FROM:** JEFFREY VILLA
**SUBJECT:** ADMINISTRATION DOOR
**DATE:** 9/22/99
**CC:** SHELLIE PIERCE

Please adjust the outside door used by administration. It no longer closes automatically. Thank you.

0000421

## INTEROFFICE MEMORANDUM

**TO:** ED BOGANSKI
**FROM:** JEFFREY VILLAR
**SUBJECT:** STAFF HOURS
**DATE:** 9/29/99
**CC:** SHELLIE PIERCE, JOHN CORDANI

Please remind custodial staff that the nigh shift officially ends at 11:00 PM. Thank you.

0000422