**SONITROL**
COMMUNICATIONS CORP.
100 CONSTITUTION PLAZA
HARTFORD, CT 06103-1767
CT Lic. #105998
ADDRESS SERVICE REQUESTED

**PERSONAL AND CONFIDENTIAL**

WASHINGTON MIDDLE SCHOOL
Att: EDWARD BOGANSKI
1225 NORTH BROAD STREET
MERIDEN, CT 06450

06450-2415 25

HARTFORD CT DEC 22 '98

US POSTAGE 00.32
H METER 541571

0000527

```
12/22/98    09:29.44         SUBSCRIBER INFORMATION REPORT
                              Account Number        :    S4442
                              Linked Account Number:    S4443
Mailing Address===================================Premise ============


MER WASHINGTON MIDDLE SCHOOL                     MER WASHINGTON MIDD
ATTN:                                            1225 NORTH BROAD ST
MERIDEN BD OF EDUCATION/BLDG&GR
22 LIBERTY STREET                                MERIDEN CT 06450
MERIDEN CT 06450

Phone           :(203) 235-6606

Default Zone: SONITR


                   Default Passcodes and Emergency Contacts

Contact Name           User Passcode          Duress Code        Phone Nur
-----------------------------------------------------------------------
MER WASHINGTON MIDDLE SCHOOL                                     (203)235-
MERIDEN POLICE DEPT                                              (203)238-
NO MEDICAL                                                       (    )   -
NO GUARDS                                                        (    )   -
EDWARD BOGANSKI                                                  (203)686-
    HEAD CUSTODIAN
SHARON ADKINS                                                    (    )347-
KATHLEEN HANSEN                                                  (    )634-
STEVEN GRATTA                                                    (    )237-
SCOTT STOCKING                                                   (    )440-
JOSEPH UGOLIK                                                    (    )634-
PETER TULLAR                                                     (203)238-
AL JARAS                                                         (203)235-
    ASST PRINCIP
CAROLYN MACDUFF                                                  (203)237-
SHELLIE PIERCE                                                   (203)651-
    PRINCIPAL
PAUL CAPELLINI                                                   (203)634-
STEVEN PAPOTTO                                                   (203)634-
TED CHOWANIEC                                                    (    )346-
    ELECTRICIAN
JOHN CORDANI                                                     (860)653-
```

ED

HAVE A VERY
MERRY XMAS +
A HAPPY NEW YEAR
    OSCAR

0000528

23

```
12/22/98    09:29.47            SUBSCRIBER INFORMATION REPORT
                                  Account Number     :    S4444
                                  Linked Account Number:   R20002
================================================================================
--------------------------------------------------------------------------------
   GLEN LAMONTAGNE                                                     (203)27
        ASST SUPERIN
   JOSEPH AGOSTINO                                                     (203)23
   ELIZABETH M. RUOCCO                                                 NO PHON
   RICHARD FIGURA                                                      NO PHON
   TOM JAKIELA                                                         NO PHON
   JOHN BENHAM                                                         NO PHON
   MARK ARICO                                                          NO PHON
   KEITH BOSTROM                                                       NO PHON
   KATHERINE ZARTUN                                                    NO PHON
        CAFETERIA DIRECTOR
   THOMAS JOHNSON                                                      (203)23
   BILL DUFFNEY                                                        NO PHON
   JOSE RIVERA                                                         (203)23
   JUAN DEJESUS                                                        (203)63
```

0000529