

| BOARD OF EDUCATION | **MERIDEN PUBLIC SCHOOLS** | Elizabeth M. Ruocco |
|---|---|---|
| Roy Gooding | **MERIDEN, CONNECTICUT** | *Superintendent of Schools* |
| Frank J. Kogut | Administrative Offices, 22 Liberty Street | David J. Quattropani |
| Robert E. Kosienski, Jr. | P.O. Box 848 | *Associate Superintendent* |
| William M. Lutz | Meriden, Connecticut 06450-0848 | *for Instruction* |
| Leonard E. McCain | Telephone: (203) 630-4171 | Glen A. Lamontagne |
| Jodi L. Norton | Fax: (203) 630-0110 | *Assistant Superintendent,* |
| Sandy Maier Schede | | *Finance and Administration* |
| Leonard F. Suzio | www.meriden.k12.ct.us | |
| Noreen A. Tow | | |

November 21, 2001

Mr. Edward Boganski
71 Prospect Avenue
Meriden, CT 06451

Dear Mr. Boganski:

This is to inform you that the Board of Education, at its meeting held on Tuesday, November 20, 2001, approved your appointment to the Head Custodian position at Benjamin Franklin Elementary School effective, December 3, 2001.

I would like to take this opportunity to wish you much success in your position.

Sincerely,

*David H. Roy*
David H. Roy
Director of Personnel

cc:   John Cordani, Manager, Building and Grounds
      Thomas Faniel, Principal, Benjamin Franklin Elementary School
      Bonnie Rabe, Principal, Thomas Edison Middle School
      Kathleen McParland, President, MFME
      ✓ Personnel File

*Success For All Students*                                            0000011