UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALBERT WALTON, | : | |
|     Plaintiff, | : | 3:03CV02262 (JBA) |
| | : | |
| VS. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF SOCIAL | : | SEPTEMBER 11, 2004 |
| SERVICES, | | |
|     Defendant. | | |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the plaintiff, ALBERT WALTON.

DATED: September 11, 2004

        THE PLAINTIFF
        ALBERT WALTON


BY  _____
    KATRENA ENGSTROM
    Williams and Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT 06510
    Telephone (203) 562-9931
    Fed. Bar No. Ct09444

**CERTIFICATION OF SERVICE**

On the date above stated, a copy hereof was mailed to Edward F. Osswalt, 55 Elm Street, P. O. Box 120, Hartford, CT 06141-0120.

                                                      _____
                                                      KATRENA ENGSTROM