UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOGANSKI | : | |
| VS. | : | NO. 3:01CV2183(AVC) |
| CITY OF MERIDEN BOARD OF EDUCATION, ET AL. | : : | MAY 11, 2005 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff, EDWARD BOGANSKI, respectfully requests an extension of time of twenty (20) days, up to and including June 8, 2005, to file a response to defendant's Motion for Summary Judgment.

The request is made for the following reasons:

1. Plaintiff's counsel has several motions similar to this one pending in federal court.

2. Plaintiff's counsel also must file a closing brief shortly in an employment arbitration which concluded May 3.

3. This is the first request for an extension of time requested by plaintiff's counsel.

4. Plaintiff contacted counsel for the defendant who has no objection to the requested extension of time.

For the reasons set forth above, plaintiff's counsel requests that the motion be granted.

                THE PLAINTIFF

BY:_____/s/_____
      KATRENA ENGSTROM (ct09444)
      51 Elm Street
      New Haven, CT 06510
      203/562-9931
      FAX: 203/776-9494
      E-Mail: kengstrom@johnrwilliams.com
      His Attorney

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the date set forth above, to the following counsel of record:

Attorney Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorney Deborah L. Moore
Corporation Counsel's Office
142 East Main Street, Room 240
Meriden, CT 06450

Gary Phelan, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 117
West Hartford, CT 06110

                                       /s/
                               Katrena Engstrom