UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BOGANSKI | : |
| VS. | :   NO. 3:01CV2183(AVC) |
| BOARD OF EDUCATION, ET AL. | :   MAY 11, 2005 |

# A P P E A R A N C E

Please enter the appearance of KATRENA ENGSTROM, 51 Elm Street, New Haven, Connecticut 06510; Telephone: 203.562.9931; Facsimile: 203.776.9494; Email: kengstrom@johnrwilliams.com; Federal Bar No. ct09444; as ADDITIONAL COUNSEL behalf of the plaintiff in this matter.

        THE PLAINTIFF

        BY_____
        KATRENA ENGSTROM
        Federal Bar No. ct09444
        51 Elm Street
        New Haven, CT 06510
        (203) 562-9931
        FAX:  (203) 776-9494
        E-Mail: jrw@johnrwilliams.com
        His Attorney

CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the date set forth above, to the following counsel of record:

Attorney Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorney Deborah L. Moore
Corporation Counsel's Office
142 East Main Street, Room 240
Meriden, CT 06450

Gary Phelan, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 117
West Hartford, CT 06110

_____
KATRENA ENGSTROM