UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOGANSKI | : | |
| VS. | : | NO. 3:01CV2183(AVC) |
| CITY OF MERIDEN BOARD OF EDUCATION, ET AL. | : : | MAY 12, 2005 |

## A P P E A R A N C E

Please enter the appearance of KATRENA ENGSTROM, 51 Elm Street, New Haven, Connecticut 06510; Telephone: 203.562.9931; Facsimile: 203.776.9494; Email: kengstrom@johnrwilliams.com; Federal Bar No. ct09444; as ADDITIONAL COUNSEL behalf of the plaintiff in this matter.

THE PLAINTIFF

BY:_____
KATRENA ENGSTROM (ct09444)
John R. Williams and Associates, LLC
51 Elm Street
New Haven, CT 06510
203/562-9931
FAX: 203/776-9494
E-Mail: kengstrom@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the date set forth above, to the following counsel of record:

Attorney Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorney Deborah L. Moore
Corporation Counsel's Office
142 East Main Street, Room 240
Meriden, CT 06450

Michael McKeon
Sullivan, Shoen, Campane & Connor, LLC
646 Prospect Ave.
Hartford, CT 06105-4286

                                      Katrena Engstrom