FILED
2005 MAY 13 A 11: 46
DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDWARD BOGANSKI :

VS. : NO. 3:01CV2183(AVC)

CITY OF MERIDEN BOARD OF :
EDUCATION, ET AL. : MAY 12, 2005

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff, EDWARD BOGANSKI, respectfully requests an extension of time of twenty (20) days, up to and including June 8, 2005, to file a response to defendant's Motion for Summary Judgment.

The request is made for the following reasons:

1. Plaintiff's counsel has several motions similar to this one pending in federal court.

2. Plaintiff's counsel also must file a closing brief shortly in an employment arbitration which concluded May 3.

3. This is the first request for an extension of time requested by plaintiff's counsel.

4. Plaintiff contacted counsel for the defendant who has no objection to the requested extension of time.