UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BOGANSKI | : |
| VS. | :    NO. 3:01CV2183(AVC) |
| CITY OF MERIDEN BOARD OF EDUCATION, ET AL. | :<br>:    JUNE 8, 2005 |

### PLAINTIFF'S NOTICE OF MANUAL FILING

     Please take notice that the Plaintiff has manually filed the following documents:

**Exhibits to Plaintiff's Rule Local Rule 56(a)(2) Statement.**

This document has been filed manually because the document cannot be converted to electronic format.

The document has been manually served on all parties.

                THE PLAINTIFF

                BY:_____
                    KATRENA ENGSTROM (ct09444)
                    John R. Williams and Associates, LLC
                    51 Elm Street
                    New Haven, CT 06510
                    203/562-9931
                    FAX:  203/776-9494
                    E-Mail: kengstrom@johnrwilliams.com
                    His Attorney

CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on the date set forth above, to the following counsel of record:

Attorney Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

Attorney Deborah L. Moore
Corporation Counsel's Office
142 East Main Street, Room 240
Meriden, CT 06450

Gary Phelan, Esq.
Klebanoff & Phelan, P.C.
433 South Main Street, Suite 117
West Hartford, CT 06110

_____
Katrena Engstrom