UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOGANSKI | : | NO.: 3:01CV2183 (AVC) |
| | : | |
| v. | : | |
| | : | |
| CITY OF MERIDEN BOARD OF | : | |
| EDUCATION AND JOHN CORDANI | : | SEPTEMBER 30, 2005 |

## BILL OF COSTS

Pursuant to Local Rule 54(a), the defendants, City of Meriden Board of Education and John Cordani, hereby submit a bill of costs. The United States District Court granted the defendants' motion for summary judgment on August 12, 2005. Judgment in favor of the defendants entered on August 23, 2005. This bill of costs is filed within ten (10) days of the expiration of the appeal period as set forth in Fed.R.App.P. Rule 4. A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A**.

A.   Fees of the Court Reporter  - D.Conn.L.Civ.R. 54(c)2(ii) (**Exhibit B**)

   1.   Deposition transcript of Edward Boganski (February 10, 2005)
        ($521.50 original & one copy (149 pages @ $3.50 per page)
        +$31.29 tax)                                                                    $552.79

        Appearance fee ($95.00 + $5.70 tax)                                             $100.70

        Subtotal:            $653.49

    2.      Deposition transcript of Edward Boganski (February 22, 2005)
($588.00 original & one copy (168 pages @ $3.50 per page)
+$35.28 tax)     $623.28

           Appearance fee ($95.00 + $5.70 tax)     $100.70

           Subtotal:     $723.98

    3.      Deposition transcript of Kathleen McParland (March 17, 2005)
($437.50 original & one copy (125 pages @ $3.50 per page)
+$26.25 tax)     $463.75

           Appearance fee ($95.00 + $5.70 tax)     $100.70

           Subtotal:     $564.45

B.    Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case - D.Conn.L.Civ.R. 54(c)3(iii) (**Exhibit C**)

    1.      Cost of exhibits appended to successful motion for summary judgment

           406 pages @ .12 = $48.72
           26 exhibit tabs @ .20 = $5.20
           2 Acco binders @ 4.00 = $8.00
           Taxes = $3.71

    Subtotal = $65.63

C.    Witness Fees for Attendance at a Deposition - D.Conn.L.Civ.R. 54(c)(1) and 54(c)4(i) (**Exhibit D**)

    1.    Witness – Kathy McParland     $ 46.00
          Service of Subpoena     $ 50.00

        Subtotal: $96.00

**TOTAL FEES REQUESTED:**    **$2,103.55**

DEFENDANTS,
CITY OF MERIDEN BOARD OF
EDUCATION AND JOHN CORDANI


By/s/Alexandria L. Voccio
   Alexandria L. Voccio, ct21792
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail: avoccio@hl-law.com

**<u>CERTIFICATION</u>**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 30th day of September, 2005.

John R. Williams, Esquire
Katrena Engstrom, Esquire
John R. Williams & Associates
51 Elm Street
New Haven, CT 06510

Michael McKeon, Esquire
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105-4286

Deborah L. Moore
City of Meriden
Department of Law
142 East Main Street
Meriden, CT 06450

                                        <u>/s/Alexandria L. Voccio</u>
                                        Alexandria L. Voccio