UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOGANSKI | : | NO.: 3:01CV2183 (AVC) |
| | : | |
| v. | : | |
| | : | |
| CITY OF MERIDEN BOARD OF | : | |
| EDUCATION AND JOHN CORDANI | : | SEPTEMBER 30, 2005 |

## <u>VERIFICATION OF ALEXANDRIA L. VOCCIO</u>

I, Alexandria L. Voccio, being duly sworn, depose and say:

1.    I am over eighteen (18) years of age and I believe in the obligation of an oath;

2.    I represented the defendants, City of Meriden Board of Education and John Cordani, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by City of Meriden Board of Education and John Cordani in defending this case; and

3.    The items in the defendants' Bill of Costs are correct and have been necessarily incurred in this case and the services for which fees have been charged were actually and necessarily performed.

4.    I have contacted Melinda at Niziankiewicz & Miller and verified that they charge $3.50 per page for deposition transcripts.

EXHIBIT A

Dated at Hartford, Connecticut, this 30th day of September, 2005.

/s/Alexandria L. Voccio
Alexandria L. Voccio

STATE OF CONNECTICUT )
                     )  ss: Hartford
COUNTY OF HARTFORD   )

Subscribed and sworn to before me this 30th day of September, 2005.

/s/Elvira C. Blackman
Elvira C. Blackman
Notary Public
My Commission Expires: 10/31/07

2