

**NIZIANKIEWICZ MILLER & M**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

ALEXANDRIA L. VOCCIO, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190

DATE       03/18/2005
INVOICE       40727
CLIENT         2059
REFERENCE BOR

Re: EDWARD BOGANSKI   CITY OF MERIDEN BOARD OF ED
Assignment Date: February 22, 2005

Deposition Of - EDWARD BOGANSKI

| | |
|---|---|
| TRANSCRIPT ORIG. & 1  168pgs @ 3.50 per page | 588.00 |
| APPEARANCE FEE | 95.00 |
| SHIPPING & HANDLING | 5.00 |
| CONDENSED AND ASCII | 30.00 |
| Total Amount $ | 718.00 |
| Less Paid To Date $ | 761.08 |
| Tax $ | 43.08 |
| Total due $ | 0.00 |

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444

EXHIBIT B



**NIZIANKIEWICZ**
**MILLER**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
ALEXANDRIA L. VOCCIO, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190                         DATE      03/30/2005
                                                 INVOICE      40912
                                                 CLIENT        2059
                                                 REFERENCE      LEA


Re: EDWARD BOGANSKI      CITY OF MERIDEN BOARD OF ED
Assignment Date: March 17, 2005

Deposition Of - KATHLEEN MARY MCPARLAND

TRANSCRIPT ORIG. & 1    125 pgs @ 3.50 per page        437.50
APPEARANCE FEE                                          95.00
SHIPPING & HANDLING                                      5.00
CONDENSED AND ASCII                                     30.00
                                                    ==========
                                 Total Amount $        567.50
                              Less Paid To Date $      601.55
                                         Tax $          34.05
                                   Total due $           0.00

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!
```

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444



**NIZIANKIEWICZ MILLER &**

972 TOLLAND STREET
EAST HARTFORD, CT 06108-1533
(860) 291-9191
FAX (860) 528-1972

*Daniel S. Niziankiewicz*
*Robert Miller*

```
ALEXANDRIA L. VOCCIO, ESQUIRE
HOWD & LUDORF
65 WETHERSFIELD AVENUE
HARTFORD, CT  06114-1190                    DATE       03/21/2005
                                            INVOICE        40758
                                            CLIENT          2059
                                            REFERENCE MIL
```

246-2375

```
Re: EDWARD BOGANSKI     CITY OF MERIDEN BOARD OF ED
Assignment Date: February 10, 2005

  Deposition Of - EDWARD J. BOGANSKI, JR.

  TRANSCRIPT ORIG. & 1   149 pgs @ 3.50 per page   521.50
  APPEARANCE FEE                                    95.00
  SHIPPING & HANDLING                                5.00
  CONDENSED TRANSCRIPT                              20.00
                                              ==========
                        Total Amount  $          641.50
                     Less Paid To Date $         679.99
                                 Tax  $           38.49
                            Total due $            0.00

YOUR ACCOUNT IS NOW PAST DUE!
PROMPT PAYMENT WOULD BE APPRECIATED!
```

NIZIANKIEWICZ & MILLER Reporting
Federal Tax Id#: 06-1113444