# ONE Stop Copy Shop

**Invoice**

750 Main Street   Phone # (860) 722-9992
Suite 300
Hartford, CT 06103   Fax # (860) 722-9507

| Date | Invoice # |
|---|---|
| 4/28/2005 | 04-3344 |

**Bill To**
Howd & Ludorf
65 Wethersfield Ave
Hartford, CT 06114-1190

*Please pay*

| Ordered By | Rep | Terms | Reference |
|---|---|---|---|
| Ellie | BF | Net 15 | 110-13432 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 8 1/2 x 11 Copies "C" Work | 1,421 | 0.12 | 170.52T |
| Acco Binder | 8 | 4.00 | 32.00T |
| 2 Hole Drilling | 1,330 | 0.02 | 26.60T |
| 8 1/2 x 11 Divider Tabs | 91 | 0.20 | 18.20T |

110-13432
BOGANSKI v meriDen
VCHR 27307 CASE_____
CHX_____ PAID_____

Tax ID- 61-1418869

*A finance charge of 1.5% will be added to all invoices over 30 days.*

| | |
|---|---|
| **Sales Tax (6.0%)** | $14.84 |
| **Total** | $262.16 |

EXHIBIT C