March 7, 2005

**CONNECTICUT PROCESS SERVING, LLC**
9 Beaumont Street
East Hartford, CT, 06108-1533
(860) 528-2920 , (860) 528-2720 Fax

**RETURN SERVICE REQUESTED**

MAR 10 2005

BY: _____

Our EIN # 06-1445325

## Invoice

ALEXANDRIA VOCCIO, ESQUIRE
HOWD & LUDORF  *ATTN: JANE*
65 WETHERSFIELD AVE
HARTFORD CT 06114

249-1361 Business
-------<

Reference Job **#78362** when remitting.

Edward Boganski vs City of Meriden Board of
Education and John Cordani,

**Docket/Case Number: 3:01 CV2183 (AVC)**
**Subpoena In A Civil Case**
**Kathy McParland**

Service $50.00
Witness Fees $46.00

Fee for Service: $96.00

Completed Personal Service to Kathy McParland on
March 4, 2005 at 1:46 PM,
at: Head Custodian-Roger Sherman Elementary
School, 64 N. Pearl Street, Meriden, CT 06450
by Daniel Russbach, Process Server
Action/Hearing Date **March 17, 2005, @ 10:00 AM**.

**BALANCE DUE: $96.00**

Thank You!
We Appreciate Your Business.

110 - 13432

BOGANSKI V MERIDEN

VCHR 26321 CASE _____

CHX _____ PAID _____                EXHIBIT D