FILED
2005 NOV 18 A 11: 26
DISTRICT COURT
HARTFORD, CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BOGANSKI | : | NO.: 3:01CV2183 (AVC) |
| v. | : | |
| CITY OF MERIDEN BOARD OF EDUCATION AND JOHN CORDANI | : | NOVEMBER 17, 2005 |

## MOTION FOR RELEASE OF BOND FOR SECURITY COSTS

Pursuant to the Court's ruling dated November 1, 2005, granting the defendants' Bill of Costs in the amount of $2,092.55, attached as Exhibit A, the defendants, CITY OF MERIDEN BOARD OF EDUCATION AND JOHN CORDANI, hereby move for release of plaintiff's bond for security for costs in the amount of $500 to the law firm of Howd & Ludorf, LLC, tax identification number 06-1207409, located at 65 Wethersfield Avenue, Hartford, Connecticut 06114.

DEFENDANTS,
CITY OF MERIDEN BOARD OF
EDUCATION AND JOHN CORDANI

By _Alexandria L. Voccio_
Alexandria L. Voccio, ct21792
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: avoccio@hl-law.com

January 20, 2006. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2006 JAN 25 P 3:5[?]